IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TASHI CLAY, | No. 4:21-CV-1415 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LYCOMING COUNTY PRISON, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 10, 2021**

**AND NOW**, in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1. The above captioned action is **DISMISSED** for failure to prosecute;

2. The Clerk of Court is directed to **CLOSE** this case; and

3. Any appeal from this Order will be deemed frivolous, without probable case and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge